FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 2 5 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| RENE-MARIE G. REITH | § | |
| | § | |
| V. | § | CASE NO. 4:05CV33 |
| | § | (Judge Schell /Judge Bush) |
| TXU CORP., ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On April 1, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that the Defendants' Motion to Dismiss or, Alternatively, Motion to Transfer for Improper Venue (Docket #6) be, in all respects, denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Defendants' Motion to Dismiss or, Alternatively, Transfer for Improper Venue is, in all respects, DENIED.

SIGNED this 22nd day of April, 2005.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE